# Gwinnett Technical College
## DIAGNOSTIC MEDICAL SONOGRAPHY PROGRAM
### Application Deadline May 20



## *Applicant Assessment Check List*

| Required Pre-requisites for Application  <br>Must be completed by the application deadline | Points Assessed |
|---|---|
| ENGL 1101 | |
| MATH 1111 or 1113 | Classes may be retaken in efforts to increase one's GPA, however, the course grades will be averaged together to calculate the applicant's pre-requisite GPA. |
| PHYS 1110 | |
| PHYS 1110 lab | |
| BIOL 2113 | |
| BIOL 2113 lab — Completed within 5 years of the application deadline. | |
| BIOL 2114 | |
| BIOL 2114 lab | |
| **Points Possible** Based on GPA calculation | 40 |
| BIOL 2113/2114 and labs completed at GTC | 1 (0.5 points per) |
| **Points per completed course elective below** | |
| ALHS 1090 (taken as elective in certificate program) | 1 |
| Other ALHS course or SPCH 1101 (taken as elective in certificate program) | 0.5 per course |
| **Points Possible** | Varies (up to 2) |
| Completed All pre-requisites courses | Up to 3 points |
| TEAS Test Score | 30 |
| Volunteer as a patient in the DMS lab: 1 point per hour, up to 6 hours* | Up to 6 |
| Previous Healthcare Science related degree, healthcare related work experience/observation** (patient care related and documented) | 1 |
| ESSAY | 20 |
| **TOTAL POINTS POSSIBLE** | 103 |

*At this point, a MANDATORY meeting will be held in early June for highest ranking applicants. Applicants will be notified if their attendance is required. DMS Program accepts 16 and will invite alternates due to students applying to multiple programs or changing their minds.*

| Additional required courses for program completion. Please discuss with advisor. They do not have to be completed prior to the application deadline but it is highly recommended that they are completed prior to the start of the program. | PYSE 1101  <br>MATH 1127  <br>ARTS 1101 or ENGL Z130 or HUMN 1101 or MUSC 1101 |
|---|---|

**All pre-requisite and requisite courses must be complete with a grade of "C" or better. GPA must be at least 2.5 to apply and at least a 70 on the TEAS.**

**\*Contact Tavia at (678) 226-6404 or tthurmond@gwinnetttech.edu to schedule volunteer time in the DMS lab. Do not wait until the last minute as availability is limited. Volunteer time must be completed by the application deadline.**

**\*\* Documentation required in form of transcripts or resume with contact information.**

6

(1)

| DMS Entrance Scoring | | | GPA Range | Points (Prereq) |
|---|---|---|---|---|
| **Factor** | **Max Points** | | 3.751 – 4.0 | 40 |
| Prerequisite GPA | 40 | | 3.51 – 3.75 | 38 |
| Essay | 20 | | 3.251 – 3.5 | 36 |
| TEAS | 30 | | 3.01 – 3.25 | 34 |
| Completed Pre-Reqs | 3 | | 2.751 – 3.0 | 32 |
| A&P at GTC | 1 | | 2.51 – 2.75 | 28 |
| ALHS 1090 | 1 | | 2.251 – 2.5 | 26 |
| Other ALHS up to 2 | 1 | | 2.01 – 2.25 | 24 |
| Healthcare Exp/Degree | 1 | | | |
| Volunteer points | 6 | | | |
| Total Possible Pts | 103 | | | |

(3)

| Essay | Points |
|---|---|
| Directions followed | 2 |
| Thoughts well expressed | 2 |
| Neat & legible | 2 |
| Correct grammar | 2 |
| Experience/Shadow/Re-application | 2 |

(4)

| Pre-Req Completion | Points |
|---|---|
| All completed | 3 |
| Needs 1 pre-req | 2 |
| Needs 2 or more Pre-req | 1 |

1

A3

| Points awarded | TEAS Score |
|---|---|
| 30 | 100 |
| 29.5 | 99 |
| 28.22 | 98 |
| 27.39 | 97 |
| 26.56 | 96 |
| 25.73 | 95 |
| 24.9 | 94 |
| 24.07 | 93 |
| 23.24 | 92 |
| 22.41 | 91 |
| 21.58 | 90 |
| 20.75 | 89 |
| 19.92 | 88 |
| 19.09 | 87 |
| 18.26 | 86 |
| 17.43 | 85 |
| 16.6 | 84 |
| 15.77 | 83 |
| 14.94 | 82 |
| 14.11 | 81 |
| 13.28 | 80 |
| 12.45 | 79 |
| 11.62 | 78 |
| 10.79 | 77 |
| 9.96 | 76 |
| 9.13 | 75 |
| 8.3 | 74 |
| 7.47 | 73 |
| 6.64 | 72 |
| 5.81 | 71 |
| 4.98 | 70 |
| 4.15 | 69 |
| 3.32 | 68 |
| 2.49 | 67 |
| 1.66 | 66 |
| 0.83 | 65 |
| 0 | ≤64 |



GWINNETT
TECHNICAL COLLEGE

900333543

June 27, 2016

Roobina Zadoorian
717 Tree Summit Prkwy
Duluth, GA 30096

Dear Roobina:

Congratulations!  You have been accepted for admission to Gwinnett Technical College as a program bound student in the Healthcare Science Certificate program effective Fall Semester 2016. Your program advisor is Enrollment Support Center. You are encouraged to meet with your Enrollment Support Team for assistance with any questions regarding admissions, financial aid, records, registration, or program advisement. The Enrollment Support Center is located in Building 100 for the Lawrenceville campus and Building A for the Alpharetta-North Fulton campus.

**If this is your first time attending Gwinnett Tech, and you have not already done so, you must sign up for a mandatory orientation/advisement session before registering. Visit** www.gwinnettech.edu **and click on Enrollment & Aid then Orientation. Call 770-962-7580 and press 0 to sign up.**

All Health program applicants will be placed in the Healthcare Assistant or Healthcare Science Certificate program in preparation for the competitive health program selection process. For more information about the competitive health program application and selection process go to www.gwinnetttech.edu select Enrollment & Aid then Forms and Documents.

To find information regarding transfer credit, orientation, advisement, registration and a current schedule of classes, please refer to our student website at gtc-web.org. You will use your SS# for your user ID and your six digit date of birth (example: 082580) for your pin.

Gwinnett Technical College is introducing an innovative First-Year Experience (FYES 1000) course to help connect and acclimate new students to GTC. Students will learn academic strategies, college success skills, and connect to valuable campus resources. All first time, readmit and transfer students with less than 30 semester transferable credit hours must register for FYES 1000 for their first semester. Additional information is available at the Enrollment Support Center and online at www.gwinnetttech.edu select Student Life then First Year Experience.

You will begin receiving communication from the school to your new Gwinnett Tech student email account. You may set up your email 48 hours after acceptance. To find the instructions, go to https://mycampus.gwinnetttech.edu.

We look forward to having you as a student!

Gwinnett Technical College
Admissions Office

**Roobina**
**Zadoorian** <roobina.zn@gmail.com>                    **Jul 12**
to Derek, studentaffairs, support

Good afternoon,
As you had advised me in previous email, I followed my case with Gwinnett Technical college, with no convincing response. They have not replied to any of my complaints; they haven't explained with logic and reasoning where I was wrong in my presenting of the evidence. They have just supported all the inconsistency, all the controversy, discrepancy, and all unruly acts that have been done in the selection of the students for the sonography program of 2017.

Their own instruction allows me to send the case to you to follow: http://www.gwinnetttech.edu/students/student-complaint-policy/ If a resolution is not reached at the institution level, or if you believe that the nature of the complaint or its impact on the system as a whole warrants an immediate review by the Technical College System of Georgia (TCSG) administration, contact the Student Affairs Coordinator at studentaffairs@tcsg.edu or call (404) 679-1692.

Please try to put yourself in my place, or try to think such a thing has happened to one of your family members. Please do not make up your mind from the beginning to reject my case completely on behalf of Gwinnett Technical College. I am a very very hard working student. There was times that I had to open my eyes with my fingers to be able to study at late nights, in order to see the words that were becoming blurry as I was so tired. But I did all with the hope that at the end I would enter a fair competition. Now I see the American dream does not come even with hard work. I have tried too hard to back up and see some program director is giving my dreams to those less qualified than me with the reasoning that she knows how to choose people who can succeed in the program!

I know that students with GPA of 3.6 and TEAS score of 85% have been accepted to the program, whereas I have GPA of 4.0 and TEAS score of 86% but have been rejected. I am not even in their alternative list of 9 or 10 students.It is due to their not following their own criteria, and also for the discrimination they have done toward me personally, because of the the encounter that Ms Kim Strong had with me a few months ago. Another apparent discrimination which can be seen in the pictures of the graduates (attached) is that almost all of them are white Americans, and she has done all kind of manipulation to help them with their higher scores of TEAS exam which is mostly English(50%), only 25% science, and 25% math. She is saying that GPA has 40 points, and TEAS has 30 points. But practically what she does in the process makes TEAS almost 2.5 times more valuable and effective than GPA( explained in full detail in the attached letter to the vice president).The necessity of the TEAS exam was announced only in February 2017 when it was just 3 months left to the application deadline. It was definitely a tool for manipulation to replace the interview from which she had been banned. In previous years she had made the interview score the decision maker in the selection of the students, as apparently stated in the attachment A4: "Final Applicant Selection is based on Interview Scores."  Especially that the school later announced that the test could be taken twice, $50 for the first time and $75 for the second time, whichever higher, it would be the TEAS score. This is apparently another discrimination since students like me, struggling financially, could not afford to pay $75 dollar to take the exam for the second time to score higher.

Please read carefully all the attached documents, my letter to the vice president with attachments A1 to E1. Please also read the grievance reply I have received from them. I have explained all the problems with the assessment of the sonography program application in detail in the attached letter to the vice president.
In this email I am trying to comment on their reply to my letter.

In the second paragraph of her reply, Ms Alexander has said that the document was an internal document! But, it was not an internal document(A4 and A5). It was the checklist given to the students by the enrollment advisers, therefore it was not just for using by the faculty and it was not an internal document, after all I had 2 different versions of it and it was not what Mr Sass had in his hand. It was an official document of Gwinnett Tech. distributed to us, sonography applicants by the enrollment advisers to let us know the criteria and how to prepare for the application.If he had updated it, then he should have distributed it to the enrollment advisers to inform the applicants or he should have it sent to us via email, otherwise he cannot affect it, because we were given a different criteria and we studied accordingly. The latest criteria I got from advisers is attached under the name: "2016-2017 competitive program admissions criteria". In this criteria it does not mention anything about changing the previous instruction, GPA times 10 ( attachment A4) criteria. I request Ms Strong to stay loyal to her own criteria and announcements. Ms Strong cannot set 3.751=4.0,

**1**

because according to her own criteria, GPA points= GPA*10; it does not define a range(class) for GPA. It is very clear, GPA*10. Besides, their emphasis that the admission was a very competitive and challenging process, putting 3.751=4.0 creates a huge controversy. I was a competitor in a very close and challenging competition, and they took away my advantage of being a GPA 4.0 of their own college, from me. I think this is very clear that there is an intention here. In my reply they say that the process was the same for all of the students! Ok, that's why so many excellent students with GPA 4.0 have been rejected on behalf of less qualified students with a higher TEAS. And do not forget that I do not ask her to change her criteria.

It would have been more accurate if she had done for TEAS what she has done for GPA according to the attached official form "Score explanation and interpretation" by ATI Assessment Technologies Institute, the examination body, itself. Because in that page they put 78%to 90% in one category, advanced, and 90.7% to 100% into another category, exemplary. She not only did not followed the ATI interpretation for TEAS score, but has done a different scaling for the GPA and TEAS (just one exam of 3 hours consisting of 50% English, 25% math, 25% science) on behalf of TEAS scores (explained in full detail in the letter to vice president). Therefore, students with low GPA and higher TEAS have been accepted to the program, whereas students with higher GPA but lower TEAS score have been rejected.

What I want to say may seem complicated, but I am sure about the correctness and logic of what I say, because I have consulted with a few mathematics experts and they have confirmed what I am trying to explain here. And I am sure if someone cares enough to see if I am right, he or she can ask the experts not just deny the truth as Ms Alexander did.

The last update for the criteria was:points possible for GPA = GPA*10,  and if there were any changes, they should have been announced; therefore, I would have known that I need not try so hard to get a GPA 4.0 and I would have spent more time studying TEAS exam, which is much easier than studying very hard for one and a half year to get a GPA 4.0. And it is interesting that they do not even respect and appreciate the hard work their own students at Gwinnett Tech. have done to earn GPA 4.0. As if they do not accept their own evaluation system. Otherwise what better evidence than GPA of their own students. They say she has decided to give TEAS more advantage! But, what I say is that she at least should respect her own criteria.

What's more, I want you to pay attention to what appears in the box on the top right of the attachments A4 and A5: "Classes may be retaken in efforts to increase one's GPA, however, the course grades will be averaged together to calculate the applicant's pre-requisite GPA." Is this a joke? I am GPA 4.0 with all my grades A+, higher than 95. What do they want to say by this fraudulent advertisement, when they do not tell the student how miserable the GPA becomes in their hands? Why are they falsely encouraging the students to take the courses for a second time and pay a hell lot of money, when what the students should really do is just put all their efforts in studying for TEAS exam, because she is manipulating the process so that only TEAS matters. But, why they are cheating the students? Just 2 weeks ago I talked to a student who was rejected and she said that she may retake some of her courses to improve her GPA. So many of the students retake their courses with the hope of bettering their chances. Isn't this a false advertisement? Isn't this cheating of the students?

In response to her third paragraph. I am not dissatisfied with the scale that Ms Strong has used for the TEAS exam. It is just opposite. I am satisfied that she has set 40 points for GPA and a lower 30 points for TEAS. What I say is that the 40 points that she has assigned to the GPA is only nominal assignment. Its actual value she has affected in the selection process is just 12.5 (explained in detail in my letter to the vice president). Why has not valued the GPA as 40 points? What I expect is to respect what she herself has assigned for GPA; 40 points, not more not less, just the same way she has assigned 30 points for TEAS and has affected all those 30 points, not more and not less. I have not yet got any response to my question with this regard, too. Because, if she had acted correctly, according to her own criteria, I and students like me should have not, and would have not been rejected; as GPA with 40 points should have more power than TEAS with 30 points. Someone does not need to be a math guru to understand this fact. She should do the same adjustment to GPA as she has done to TEAS ( attachments A3 and D1 – or see the excel file attached).She must do whatever she has stated in her criteria, otherwise what is the use of the criteria? So, she does not follow the criteria, and she has acted according to her own taste in selecting whoever she wanted! This is called "F.a.v.o.r.i.t.i.s.m". As in previous years which she had used interview to reach to her goal to have freedom to choose whoever she intended. Why should just one person have such a tremendous power and be the sole decision maker in such an important task?

2

Yesterday morning I was meeting Ms Tavia Thurmond, program support specialist, Health Imaging and Informatics Division, following her own email dated 6/12/2017 (attachment C1), last paragraph, in order to get some input concerning my file and seek her advice. I asked her about the "Applicant Assessment Check List" (attachment A5), which Mr Sass claims that have been distributed to the students. She started to trace the data through her mailbox. She found an email sent by the Head of the enrollment advisers, Ms Lana to Ms Strong asking for sending her the rubrics, on February 21, 2017. She was looking for some relevant email, when Mr Sass, the imaging dean, whose room is in the same hallway suddenly intruded to the room, cut our conversation and forbade Ms Tavia from talking to me. When I asked why he was interfering in our talk and not allowing me to get input from my file as my definite right, he said that he already had told me to follow the legal procedures for complaint! He did not allow me to ask any further questions. Both Ms Thurmond and I was shocked with his sudden presence. I told him what he was afraid of if he did not have anything to hide, and why he was so nervous. He said that he was going to call security to take me out of her room! then he left the room to call security. I went out of the room, because Ms Thurmond was threatened not to talk any further with me. Is this the free speech right in the U.S. colleges? I cannot even sit and talk about something they have themselves invited me through email. That was my certain right to get information about my file and he deprived me from it. Who said he can do anything he wants? Does he have unlimited right? Who said if I have a complaint about my rejection and their selection process, I am deprived of getting information about my file? It is certainly not a coincident that I am No. 26 in their list, as Ms Tavia told me, just one person behind those all 25 people who had been invited to the mandatory meeting as sonography accepted or alternative students! I think I know what this is called: "C.o.r.r.u.p.t.i.o.n"

About paragraph 4, she is mentioning 8 maximum possible points for the essay. This is different from the total 20 points explained by Mr Sass, according to his criteria, and the paper copies of the criteria I got from Ms Strong which in one place mentions 10 points for essay and in other place assigns 20(attachments A1 and A5) points to it. This shows that they do not have agreement among themselves about how many points should be assigned to the essay! The criteria cannot be this inconsistent and controversial. Changing the points for essay from 20 to 8 changes the whole criteria and the total pointing from 103 to 91!, and certainly affects the students' selection process. I wonder how the vice president just simply said the essay is maximum 8 points without addressing the effect this change may have in the process, or maybe there is no process...! Maybe there is no need for students to know the criteria and it is also internal! And to add more controversy to it, when yesterday I was in the room of Ms Tavia Thurmond, she said that the essay had a maximum of 7 points!

Besides, I did not get any response about why Mr Sass would have scored my health essay as a "zero"?! Doesn't this itself show his hostile intention and discrimination towards me? Otherwise what reason he may have to not follow his own criteria and deduct just the score he is allowed to deduct for not following the instructions if any, and go beyond his authority and give me a zero? Isn't this an evidence of his unlimited power and that he has no accountability to the students?

I want Ms Strong to stay loyal to her own 40 points set for GPA and correct the mistake that has happened in the selection process. It does not make any difference if there is only one person complaining against a wrong process or more than one person complaining about that wrong process. What is important is that there is a wrong and unfair process affecting knowledgeable students like me that no one knows about it and no one wants to talk about it either, but I worked too hard for this program to back off when I know that I am right and I cannot stay silent when I see all this discrepancy is taking place under the roof of a community college which is the only hope for students like me.

Her answer that my scores were assigned using the same criteria as all other applicants do not convince me that the fair and just selection of the students have been done. She cannot put me to silence by just repeating the point that the same procedure was done for all. As I have explained in detail in my attached letter to her, It has caused rejection of students like me from the program and acceptance of another group which otherwise would not have been accepted if Ms Strong had stuck to her own criteria.

And I definitely did not get any reply as to what allows Ms Strong to turn to me a couple of months ago in the sonography scanning salon where I was for volunteering for the first of my mandatory scans, and say that it was none of

my business that there was a dispute between the clinical coordinator and one of the students? And who gave the clinical coordinator that authority to tell me that I could not apply to the program if I did not follow her command to be scanned by that student? Nobody answered me if they had that right to speak with me with those words?

The interesting thing is that nobody wants to talk about the mistake that is apparent in the affecting the weight of TEAS vs. GPA. I do not request to give more priority to GPA. I just want to give GPA its real 40 points that she herself has assigned. Why nobody addresses this issue and give me a straightforward answer?

Ms Strong may have brought the college good rating, and the college may support her for that. But it could have been done by the rightful selection of the students too, because those students who have been rejected by her during all these years, and myself were nothing less if not more than those students whom she fraudulently entered into the program. And definitely she is not the only sonography instructor in Georgia.

Please have all those controversies and discrepancies that I have explained be investigated by expert people, because in some parts it might be difficult to grasp the concept if one is not equipped with knowledge of mathematics. There are some obvious rule breakings also, such as the false advertisement and not updating the checklist criteria for the students, or inconsistent essay points. But sure enough, if you care to find out the truth and help me, you will definitely find out the truth and not just support what they have done to me and other excellent students, although it is clearly wrong, discriminatory, and unfair.

Please kindly confirm that you have received my email and let me know almost how long it will take for you to investigate and reply to me.

Thank you very much,
Roobina Zadoorian

**Dabrowiak,**
**Derek DDabrowiak@tcsg.edu via dtae.onmicrosoft.com**          Jul 19
to Joe, jpost, ralexander, Holly, me, Student

Ms. Zadoorian

Thank you for your email and the detailed attachments. After reviewing the documents with Legal Services and our Academic Affairs team, we have referred your discrimination claims to the Title IX officer at Gwinnett Technical College. They will be conducting an investigation of these claims.

As for the admission to the DMS program, the college followed their procedure for evaluating students for selection to the program. TCSG, as the college's authorizing agency, does not overturn academically related decisions, grades, etc. The agency's role is to verify the college followed the procedures they have in place. In a review of the documents, the college has done so.

I would encourage you to actively participate in the Title IX officer's investigation when asked to do so.

I wish you well in your educational endeavors.

Derek

Appeal to Complaint# 04-17-2319; Roobina Zadoorian against Gwinnett Technical College

### Table 1

**TEAS points**

| TEAS | Points |
|------|--------|
| 100 | 30.00 |
| 99 | 29.50 |
| 98 | 28.22 |
| 97 | 27.39 |
| 96 | 26.56 |
| 95 | 25.73 |
| 94 | 24.90 |
| 93 | 24.07 |
| 92 | 23.24 |
| 91 | 22.41 |
| 90 | 21.58 |
| 89 | 20.75 |
| 88 | 19.92 |
| 87 | 19.09 |
| 86 | 18.26 |
| 85 | 17.43 |
| 84 | 16.60 |
| 83 | 15.77 |
| 82 | 14.94 |
| 81 | 14.11 |
| 80 | 13.28 |
| 79 | 12.45 |
| 78 | 11.62 |
| 77 | 10.79 |
| 76 | 9.96 |
| 75 | 9.13 |
| 74 | 8.30 |
| 73 | 7.47 |
| 72 | 6.64 |
| 71 | 5.81 |
| 70 | 4.98 |
| 69 | 4.15 |
| 68 | 3.32 |
| 67 | 2.49 |
| 66 | 1.66 |
| 65 | 0.83 |
| 64 | 0.00 |

30 - 0 = 30



### Table 2

**GPA points-Ms Strong**

| GPA | Points |
|-----|--------|
| 3.751-4.0 | 40.00 |
| 3.51-3.75 | 38.00 |
| 3.251-3.5 | 36.00 |
| 3.01-3.25 | 34.00 |
| 2.751-3.0 | 32.00 |
| 2.51-2.75 | 28.00 |

40-28=12

### Table 3

**Correct GPA points as the one for TEAS**

| GPA | Points |
|-----|--------|
| 4.000 | 40.00 |
| 3.963 | 39.00 |
| 3.925 | 38.00 |
| 3.888 | 37.00 |
| 3.850 | 36.00 |
| 3.813 | 35.00 |
| 3.775 | 34.00 |
| 3.738 | 33.00 |
| 3.700 | 32.00 |
| 3.663 | 31.00 |
| 3.625 | 30.00 |
| 3.588 | 29.00 |
| 3.550 | 28.00 |
| 3.513 | 27.00 |
| 3.475 | 26.00 |
| 3.438 | 25.00 |
| 3.400 | 24.00 |
| 3.363 | 23.00 |
| 3.325 | 22.00 |
| 3.288 | 21.00 |
| 3.250 | 20.00 |
| 3.213 | 19.00 |
| 3.175 | 18.00 |
| 3.138 | 17.00 |
| 3.100 | 16.00 |
| 3.063 | 15.00 |
| 3.025 | 14.00 |
| 2.988 | 13.00 |
| 2.950 | 12.00 |
| 2.913 | 11.00 |
| 2.875 | 10.00 |
| 2.838 | 9.00 |
| 2.800 | 8.00 |
| 2.763 | 7.00 |
| 2.725 | 6.00 |
| 2.688 | 5.00 |
| 2.650 | 4.00 |
| 2.613 | 3.00 |
| 2.575 | 2.00 |
| 2.538 | 1.00 |
| 2.500 | 0.00 |

40 - 0 = 40

### Table 4

**GPA points -Last Years' Criteria (GPA×10)**

| GPA | Points |
|-----|--------|
| 4.00 | 40.00 |
| 3.90 | 39.00 |
| 3.80 | 38.00 |
| 3.70 | 37.00 |
| 3.60 | 36.00 |
| 3.50 | 35.00 |
| 3.40 | 34.00 |
| 3.30 | 33.00 |
| 3.20 | 32.00 |
| 3.10 | 31.00 |
| 3.00 | 30.00 |
| 2.90 | 29.00 |
| 2.80 | 28.00 |
| 2.70 | 27.00 |
| 2.60 | 26.00 |
| 2.50 | 25.00 |

**Close resemblance between change of Fahrenheit to Celsius scale and**

**Scaling GPA data from 2.5 to 4.0 in the scale of 40 points**

| Fahrenheit | Celsius |
|---|---|
| 212 | 100 |
| … | … |
| 170 | 76.66 |
| … | … |
| … | … |
| … | … |
| 32 | 0 |

$(212-x)/(x-32) = (100 - Y)/(y-0)$

$(212-70)/(170-32) = (100-y)/y$

$42/138 = (100 - y)/y$

$42y = 138(100-y)$

$14y = 46(100-y)$

$7y = 23(100-y)$

$23y + 7y = 2300$

$30y = 2300$          $Y = 76.66$



1

## Using the same formula for GPA score

If we replace 212 with 4.0

And replace 32 with 2.5

Then replace 100 with 40

And replace 0 with 0

X = GPA on the scale of 2.5 to 4.0

Y= GPA on the scale of 0 to 40

We can then rewrite the formula as:

$(212-X)/(X-32) = (100-Y) (Y-0)$

$(4 - X)/(X -2.5) = (40 - Y) Y$

$(4 - X)Y = (40 - Y) (X - 2.5)$

$4Y - XY = 40X - 100 - YX + 2.5Y$

$4Y = 40X - 100 + 2.5Y$

$1.5Y = 40X - 100$

$Y = (40X - 100)/ 1.5$

$Y = 40 (X - 2.5) /1.5$

for example for **GPA = 3.6**  the GPA points will be:

GPA points= 40(3.6-2.5) / 1.5 = **29.33** accurately

For **GPA=3.751** the GPA points will be:

2

GPA points= 40(3.751-2.5)/1.5= **33.36** accurately

Therefore, in a scale of 40 points for GPA from 2.5 to 4.0, the GPA 3.751 is 33.36 points not 40 points! There is more than 6 point difference with 40 points given by Ms Strong to the GPA of 3.751.

GPA 3.6 is equivalent to 29.33 points not 38 points! There is more than 8 point difference with 38 points given by Ms Strong to the GPA of 3.6.

If the College "says what they mean" then when they say 40 points scale for GPA they mean it. They should not change it after the applications were submitted. They should show their integrity by keeping their promise.

## Using the same formula for TEAS score

According to the table for TEAS point assignment from (exhibit 3):

If we replace GPA with TEAS

Then we will reach to the formula for TEAS points as below:

**Y (TEAS points) =30(X(TEAS Score)-64(minimum TEAS score))/36**

40 maximum GPA points is replaced by 30 maximum TEAS points

GPA is replaced by TEAS Score

2.5, the minimum GPA score is replaced by 64, the minimum TEAS score

1.5, the difference between the highest and the lowest GPAs is replaced by 36, the difference between the lowest and the highest TEAS scores

3

The above formula yields the TEAS points for each TEAS score according to what MS Strong has showed in her table of point assignment for TEAS in (exhibit 3).

We can test the above formula for my **TEAS score** which was 86 and TEAS point, i.e. 18.26 in (exhibit 3), which actually should have been 8.333333×22=18.33 more accurately.

My TEAS point=Y= 30(86-64)/36

Y=18.33 which is my TEAS point!

Therefore, if Gwinnett Technical College did not play any games, and was honest and did not entertain any evil purposes, they would have used the same formula as I showed above to assign points to both TEAS and GPA, not just for TEAS! If the school did not have any discriminatory intentions they would not have defined the point assignment for GPA in a completely different manner than what they did for TEAS, which harmed 4.0 GPA students and also was not in agreement with what they had announced which was 40 points for GPA. Gwinnett Technical College did change the GPA point assignment **after submission of the applications** and gave only 12 points to GPA and equated 3.751 GPA to GPA 4.0 to reach to their discriminatory intention of achieving the list of the students in their excel spreadsheet exactly according to their pre-meditated agenda, which included my rejection!

4

11/12/2019

**Appeal to Complaint# 04-17-2319; Roobina Zadoorian against Gwinnett Technical College**

**First of all why nobody answers my question?:** "Why Ms Strong has shown 40 points for GPA in her table for breakdown of the points, when the difference between the points for the lowest and highest GPA points in the right side table in her criteria is just 12 points whereas it should be 40 points difference? (The correct table is" table 3" in the attached excel file.)In her TEAS conversion table the lowest possible point is ZERO as it should be in conversion of points for GPA. Why it is taboo to talk about it and confess that her criterion is simply wrong and not conforming for TEAS and GPA. Page 3, last paragraph: "Program Director allotted her 40 points for grades- the maximum amount allotted in this category." This does not mean anything and does not prove that I have got my points. It does not mean anything unless the lowest point assigned for GPA was ZERO; but she has given the lowest GPA a 28 point value. This is a competition for crying out loud! I compete against others with my points. According to her table of conversion for GPA points, the difference of my points from a GPA 2.5 (lowest GPA) is 12, not 40. She has compressed the gap between us, and cleverly made the GPA's value almost nothing. Is it that difficult to see this fact? You must have access to Mathematical Forensic experts, and you can investigate what I am saying if you want to find out the truth and investigate the case fairly. She has exaggerated the gap between TEAS scores, instead. (Is it too hard to see that she is working for white American students with high TEAS scores who could not earn a high enough GPA to get them a pass?)

**Second, In your letter you mentioned** "The complainant took issue with the College's decision to *award* the maximum 40 point to applicants with a GPA of 3.751or greater instead of just applicants with a 4.0 GPA." **And the answer of Vice president:** "... the score is assigned based on a scale, and that the same GPA scale was used for all the applicants to the Program." I want you to pay a very careful attention to the controversy in these two sentences. As you yourself mentioned above, points were awarded, and they were awarded not to all of the students, for example, all those 4.0 students were not awarded any extra points! The Vice president is playing with words. This is not a scale; no scale has been used here. How can a scale add points to just some students and leave others' points intact?  She has just re-defined the GPAs as she wished. The scale would be the one she prepared so diligently for TEAS! By re-defining GPAs she has interfered in the interpretation of our qualifications by manipulating our points. She cannot change the points we have achieved. These points are what we compete with! Every decimal and hundredth value of those points is valuable. You said I was 1.17 points behind that 16th applicant. Remember in your letter: "The program Director stated that applicants are accepted into the Program *strictly* based on Application points." Her act of changing the applicants GPAs by cleverly re-defining it and

1

representing as a scale for GPA is interfering in our competition. She did not have the right to add points to total points of some applicants without any justification! Her act was intended to help those white American students with high TEAS, who did not achieve high enough GPA to get them the pass. She compromised 4.0 GPA to give those students the raise they needed. You may refuse to understand what I say, but maybe the court of law and the judge or the jury will be willing enough to take a closer look at what has truly happened here. And, I will show you later in the letter that I would have more points than that 16th applicant (and actually many other applicants) if she had not added to their GPA.

By the way, doesn't the fact that she is doing everything from receiving applications to creating criteria and making final decision by herself sound an alarm?! Why she is keeping others away? Shouldn't she use a diverse team?

In the first page of your letter you mentioned "OCR investigated *the following legal issue*: Whether the College subjected the Complainant to different treatment on the basis of national origin ..." Whereas in title VI guideline, page 49/138 says: "A Title VI discriminatory intent claim alleges that a recipient *intentionally treated persons differently* or *otherwise knowingly caused them harm* because of their race, color, or national origin."

Ms Strong has knowingly caused me big harm of rejection by equating lower GPAs to mine ( *35! of those were elevated to my level as* mentioned in your letter) by adding free points to their total points through elevating the value of their GPA without any legitimate reason! (Helped white Americans with high TEAS scores and low GPA)

Apparently no free points were awarded to me. Let's not forget that the points were the mere measure of qualification as Ms Strong said "...applicants are accepted into the Program strictly based on Application points"! I earned my GPA 4.0 with hard work; it was supposed to be a measure of my qualification in my competition against other applicants. Those applicants whose GPAs have been elevated to 4.0 or anything higher than their real GPA have not earned it! This is more like cheating. Why she has not done the same for TEAS scores? According to the ATI guidelines, attached file" ATI nursing education- score explanation and interpretation", TEAS scores 78%-90% are ranked as "advanced" and TEAS scores from 90.7% to 100% are ranked as "exemplary". She could have equated all the students from 78-90=90 and all students from 90.7-100=100. Why she acted differently for TEAS? Why double standard? She engineered everything for her purpose.

Page 2 of your letter, paragraph 1, line 2: "or restrict an individual in any way in the enjoyment of any advantage or privilege enjoyed by others under the program." Those applicants with GPA lower than 4.0 enjoyed the advantage and privilege of

2

elevation of their GPA points by receiving free points from Ms Strong. This act increased their qualification points, and should not be allowed. It caused my rejection as I will show bellow.

Page 4, paragraph 5: "The complainant took issue with the College's decision to award (note that you yourself has used the word "award", which means they had not earned it! In a very competitive program why should the director design a self-created criterion to award advantages to only some of the applicants?)  According to Title VI guidelines the implemented criteria should not be illegitimate and the recipient must prove that it was necessary in order for her to select the highest qualified applicant. She has helped the students with low GPA and high TEAS (mostly white American students accepted to the program who have high TEAS scores), she has given them free points and facilitated their win over me, namely she has changed the outcome in favor of the applicant No 16( and many other white American applicants.) It impacted me adversely by causing my rejection. What is her justification for that criterion?

Page 5 of your letter, paragraph 4:" Further, although the evidence shows some students, including white students, were admitted into the Program that had lower scores on certain criteria (e.g. GPA) than the Complainant, the evidence[s] shows that all the applicants selected for the program had higher overall scores on their Application than the Complainant." You are talking about an illegitimate self-created criterion which Ms Strong is yet to prove that its introduction was justified and necessary. Please don't forget that the extra points they have got for their GPA because of the generosity of Ms Strong toward them made their overall scores higher than me. By the way, how many of them were White Americans?

I write my appeal letter to prove my prima facie case and Ms Strong's intentional discrimination: Page numbers are used from PDF file of TITLE VI manual which is attached. The statements quoted here are highlighted in the pdf file for easier reference in case necessary.  I have numbered my statements to make it easier for you to answer to my claims. I need convincing answers to each one of them, please.

From Gwinnett Technical College frequently asked questions: "What is the current average salary? According to the 2018 Society of Diagnostic Medical Sonography Survey and the U.S. Department of Labor Statistics, salaries averaged $73,132 ($35.16/hour) which includes all levels of experience." This is one big incentive and lucrative salary for a 2- year degree! It can be a good incentive for discrimination, too!

Ms Strong not only knew me by name but also she knew my GPA well ahead of the application process! One day, after finishing my volunteering in the sonography clinic I stood to talk to her about the application to the program like all other

3

11/12/2019

students. I remember I was so happy and energetic and thought she would get excited to know that I was a GPA 4.0 student. To my dismay she said GPA 3.4 was also a very good GPA. When i said I would study hard for TEAS to get a 90-95% from TEAS, she suggested me to apply for radiology program! That day I came out of the room and never thought about the importance of this encounter until today. She knew I was a GPA 4.0 student and pre-meditated her criteria to get rid of me by crushing the GPA 4.0 value.

1) **Proof of my prima facie case: I would have had a higher point if Ms Strong had not awarded extra points to GPA of those applicants with GPA lower than 4.0, namely the applicant No.16.**

She knew me by name because she had signed me off several times in the voluntary sonography clinic, and also from the encounter she had with me which I had explained in my previous correspondence she remembered me very well. She also knew my GPA before even she got my application. Ms Strong invented a policy or criterion, which gave her the leeway she needed for hindering my competition and failing me. She decided to add extra points to GPA 3.751 and higher to compensate for their gap with GPA 4.0, and to assign 38 points to GPA 3.51- 3.75, etc. Whereas in all previous years' criteria she had emphasized that points possible for GPA was 40 points (GPA×10) – table 4 in excel file attachment - , which would give me 40 points from GPA, and would give 36 (GPA=3.6) points to that white student called the 16th top ranking student. You had written that this student's total point was 1.17 points more than my total points. This new criterion has given this student 38 points from GPA, whereas the previous years' criterion would have given her only 36 points for her GPA (table No 4 in attached excel file), 2 points lower than what she got for her GPA. And since as you said that Ms Strong has strictly only used our total points in decision making, then I would have had 2-1.17= 0.83 points more than that applicant. Yet, better if she had adopted the same standard for GPA criteria (table 3) as she had adopted for TEAS (table 1) in attached excel file, her points from GPA would be 30 points: 10 points lower than mine resulting in 10-1.17=8.83 points in my favor!

You said that 16 applicants plus I had GPA of 4.0, but you did not mention how many of those top 16 were white American, how many of those top 16 had a GPA of 4.0, and how many of those GPA 4.0 students had been rejected. Although you mentioned all the other averages for these top 16 people like TEAS average score and Essay average score, you forgot to mention their GPA average score. This is important because I have been discriminated against all of those students who had a GPA lower than 4.0 but got extra points for their GPA and accepted to the program.

2) **Page 51/138 : "The *Arlington Heights* mosaic of factors**

4

Agencies **should be sure to consider this method** where a complaint challenges an expressly neutral practice that has **an effect on a larger class defined by race, color, or national origin**. For instance, a complaint alleging that a state agency **adopted a new policy** with the purpose of reducing the number of minority participants could be investigated using this method." **(Ms Strong's adopting new criteria for GPA points, how many of minority hard working students like me with GPA 4.0 were rejected?)**

3) "The *McDonnell-Douglas* framework – This method is most likely to be helpful where **the complaint is about one or a few individuals,** and involves **easily identifiable similarly situated individuals**" (The 16th top ranking white American applicant) **not in the protected class)**

4) **Page 52/138: Circumstantial evidence.** "Circumstantial evidence includes suspicious timing, *inappropriate remarks* (you ignored Mr Sass's statement about my essay score that he told me if he were in Ms Strong's place he would have given me a ZERO for my essay, and ignored Ms Strong's hostile behavior with me in the volunteer clinic when she told me with a contemptuous tone "IT WAS NONE OF YOUR BUSINESS" (there were much kinder words to use) and, comparative evidence of systematically more favorable treatment ( I lost at least 2 points to that 16th top ranking applicant as I showed above) toward similarly situated [individuals] not sharing the protected characteristic…." **Page 55/138:** "derogatory comments," even those uttered by decision-makers, may not constitute direct evidence of discrimination if unrelated to the adverse decision. Evidence of such remarks or comments is nevertheless important in an intent case, and can help to establish circumstantial or indirect evidence of intent."

5) **Page 54/138:** "Even without a direct admission or express policy, a plaintiff may prove intentional discrimination with other forms of direct evidence demonstrating **that the "decision makers placed substantial negative reliance on an illegitimate criterion in reaching their decision."**
She has used that illegitimate criterion of hers to increase the GPA points for low GPA students with high TEAS (Helped white American applicants with high TEAS scores who had low GPA) to reach her decision of rejecting me, although I had higher qualifications than most of them including that 16th top ranking student.
Of course it does not take a genius to know that white Americans are scoring higher in standardized tests than most minority races because they are more affluent and can afford taking the test twice and submit their higher score and also they have access to online or other types of test preparations which are definitely not free. I am an Armenian minority

student who at the time of my application had been in the US for about 7 years only and I had been even in worse conditions than other minority applicants like African-Americans or Latinos, because I did not have any US education history under my belt and was definitely not familiar with standardized testing. Nobody included me in the affirmative action or gave me any other privilege; I did not have money for taking the test twice and to pay for resources for test preparation. Yet, Ms Strong awarded extra points to GPA of 3.751 with her illegitimate criterion to put me in even more disadvantage by depriving me of my GPA's competitive value.

I think it is necessary to reassign points to all applicants according to the previous years' criteria for GPA points to see how the equation changes toward more diverse group of accepted applicants, or yet even better, according to the GPA point table No. 3 in the excel file, which is prepared exactly according to the pattern of the table she had created for TEAS scores and in agreement of her breakdown table's 40 points for GPA.

**Page 57/138** : "Under this method of proving intent, the court or investigating agency analyzes whether discriminatory purpose motivated a recipient's actions by examining factors such as statistics ... 'the defendant's departures from its normal procedures or substantive conclusions, and the relevant "legislative or administrative history."

That's why I emphasize her last years' criteria for points possible for GPA 40 (GPA×10).

"When a recipient applies *different procedural processes* or substantive standards to requests of minorities and non-minorities, the use of such *different processes or standards (e.g. her GPA was increased at least 2 points and in fact more according to the correct criteria for GPA as the one implemented for TEAS scores - shown in excel attachment in table 3)*, when a non-minority receives more favorable treatment, may raise an *inference of discriminatory intent."*

I like this paragraph the most, because it just states what has happened to me!

Why she has resorted to bring the bar low on GPA? Is it because lower GPA students are more qualified from higher GPA students? Can she justify why she treated GPA so casually if it was so important for her to select the most highly qualified students strictly (mentioned a few times in the letter) according to their achieved points?

6) **Page 58/138: "FACTORS/CIRCUMSTANTIAL EVIDENCE PROBATIVE OF INTENT -**The sequence of events leading up to the decision, as compared to other decisions on comparable matters"

As I emphasized several times, compared to the table of conversion points she prepared for TEAS she had to prepare a table of the same type for GPA according to the same pattern, which I have done in her place and is available in the attached excel file- table No 3, resulting points from 0 to 40, not from 28 to 40 as she did.

6

11/12/2019

Please go to page 2 of your letter to the first item in the bullet list, which mentions GPA – range was from 24 points (2.01-2.25) to 40 points (3.75-4.0). First of all the correct lower range is 2.51-2.75, because 2.5 was the minimum acceptable GPA for Sonography application. Second, in order for GPA to have 40 points, the lower range should be equal to **_zero_** points (just similar and in alignment to the conversion table she diligently prepared for TEAS! – please note the lower range of **_zero_** in table 1 in attached excel file) not 28 points showing in her table (table No 2 in attached excel file), meaning a student with a GPA of 2.5 scores Zero points for GPA, not 28 points. And a student with GPA 3.6 scores 30 points for their GPA not 38 points as the 16th applicant did! This is what has caused 24 students, some of them with lower qualifications than me to get ahead of me.

### "Departures from normal procedures or substantive conclusions"

Why should someone suddenly this year decide to lower the bar on GPA while she has diligently prepared an elegant score conversion table for TEAS? Is this normal? Especially in a "very competitive" program as they unanimously claim "sonography" is? Is it normal? Or it pursues the intent of rejecting me?

### "FACTORS/CIRCUMSTANTIAL EVIDENCE PROBATIVE OF INTENT"

"Statistics demonstrating a clear pattern of discriminatory effect;" Hopefully OCR will start this investigation.

"Departures from normal procedures or substantive conclusions;" She suddenly decided to depart from last years' criteria for GPA points.

"Relevant legislative administrative history"; TCSG had warned them about the last year's criteria of using interview for selecting students as being very subjective.

Page 59/138:   "whether it bears more heavily on one race than another"

Apparently it impacted me very heavily resulting to my rejection and instead promotion of at least one less qualified White American student. Definitely there are more students rejected for the same reason as me.

From page 60/138:

"The McDonnell-Douglas method of proof requires a showing that the recipient treated one or a few similarly situated individuals differently because of race, color, or national origin. (she knew me by name) *However*, plaintiffs alleging intentional discrimination under civil rights statutes "need not demonstrate the existence of a similarly situated entity who or which was treated better than the plaintiff in order to prevail."

The 16th applicant's GPA point was increased at least 2 points, whereas I did not get any increase.

7

**Page 61/138:** "When attempting to rely on impact evidence in an intent case, the plaintiff must, as an initial matter, precisely identify the "facially neutral policy or practice" at the heart of the discrimination claim."

Her facially neutral policy,i.e. her different treatment for TEAS and GPA points and lifting lower GPA points with regard to GPA 4.0, has compromised the competitiveness of GPA. Her criteria rejected me unjustly instead of that white American student, because she was awarded free points for her GPA, but not me. The criterion seems to be the same for all of us, but actually she got extra points not me! *The truth is that this criterion is not acceptable, because it gifts extra points to some students and not all! This criterion is discriminatory in its root and nature!*

7) **Page 62/138: "Recipient's awareness of the impact.** Also consistent with the Arlington Heights factors is an inquiry into whether the discriminatory impact of the challenged action was foreseeable: [A]ctions having foreseeable and anticipated disparate impact are relevant evidence to prove the ultimate fact, forbidden purpose.... [T]he foreseeable effects standard [may be] utilized as one of the several kinds of proofs from which an inference of segregative intent may be properly drawn.... Adherence to a particular policy or practice, with full knowledge of the predictable effects of such adherence ... is one factor among many others which may be considered by a court in determining whether an inference of segregative intent should be drawn."

Didn't she mention to you that the applicants were accepted into the program strictly based on Application points? She knew me by name and she knew my GPA was 4.0. She cleverly defined an illegitimate criterion with all those controversies which does not even follow her breakdown table's 40 point for GPA, to strike me so hard that I fell behind 24 students most of them with lower qualifications than me!

"Foreseeability is a common feature of Title VI and equal protection claims, and allegations that properly package foreseeability together with factors such as impact and history of defendant's actions, have succeeded."

She helped the white American students with high TEAS and low GPA to enter the program, which was completely foreseeable by her illegitimate criterion giving free points to lower GPA to catch up with GPA 4.0.

As a reminder in one of her forms after showing points assigned to each category, at the end she had mentioned " Final Applicant Selection is based on INTERVIEW Scores." What one will call this? It means no matter how high a point you score, the interview overrides all points! What one can infer from this other than a very subjective and discriminative criteria. TCSG had warned them about the "interview" criterion, and that's why next year she found

8

another way of reaching to her goal by defining an illegitimate and incorrect criteria.  I also showed the picture of 2016 graduates who all were white Americans (attached).

8) Page 63/138: "A *facially neutral NCAA rule (Proposition 16) raising the minimum academic requirements for incoming college athletes to qualify for athletic scholarships* and compete in college sports __applied to all incoming college athletes__ but had a statistically greater adverse impact on black athletes. The NCAA was aware that the impact of the proposed rule would reduce the number of black athletes qualifying for athletic scholarships, and adopted the rule specifically to promote higher academic standards among black athletes. The court held that plaintiffs had stated a claim of purposeful discrimination under Title VI. Pryor v. NCAA, ... (3d Cir. 2002). Pryor directly addressed the Arlington Heights standards for intentional discrimination, concluding that the plaintiffs met the intent test where the NCAA had actual notice and knowledge of the impact on black athletes, and affirmatively considered that impact in reaching its decision to adopt Proposition." **Does it make any difference if they had mentioned their race or national origin on the application papers?! Then why you have several times emphasized that the national origin was not mentioned on our applications? Although, she might have known many of the applicants by their names or even might have had a closer acquaintance with some of them!**

**Considering above facts, isn't it too naïve that maybe 10 times in the letter is mentioned that I was not treated differently in the support of Ms Strong and College officials and that ethnic origin was not listed on the application?! (Although in fact I was treated differently. I did not get free points for my GPA.)And in page 5 in " Analysis" you mentioned : " OCR determined that the criteria ... was neutral on its face and applied the same for all the applicants." Considering above guideline would you explain what does this prove?!! It can be neutral on its face but still discriminatory!**

9) Page 64/138: Step 1—*The prima facie case* "... a plaintiff typically shows that he or she is a member of a particular protected group, was eligible for the recipient's program, activity or service, and was not accepted into that program or otherwise treated in an adverse manner, and that an individual who was similarly situated with respect to qualifications, but was not in the plaintiff's protected group was given better treatment."

I have already proved in the previous parts that how I would have been ahead of at least one white American student (student No 16) if she had not implemented her facially neutral criterion for GPA. If I am wrong please prove me that I am wrong. Please for the proof of my prima facie case read entry No.1 in my list.

9

11/12/2019

10) **Page 66/138: "Step 2 – The defendant must articulate a legitimate non-discriminatory reason**

If the plaintiff establishes a prima facie case, the burden in court shifts to the defendant to articulate some legitimate, nondiscriminatory reason for the challenged action. The defendant's explanation of its legitimate reasons must be clear and reasonably specific;"

"For example, in the employment context, a defendant may not merely state that the employment decision was based on the hiring of the "best qualified" applicant, but must provide specifics regarding that applicant's qualifications, such as seniority, length of service in the same position, personal characteristics, general education, or experience in comparable work, and must demonstrate why that person's qualifications were considered superior to those of the plaintiff."

Was that 16th applicant more qualified than me if it weren't for those extra points that Ms Strong has awarded her? Ms Strong cannot say that the 16th student was more qualified than me, because she herself gave that applicant the extra points which she did not give me, that put her ahead of me. Those points were not originally achieved by the applicant due to her higher qualifications.

11) **Page 69/138: "For Title VI, that kind of widespread or broad discriminatory practice is often viewed or described as a claim of "systemic discrimination"—a practice that harms a large number of minority individuals in the same manner.**

For example, were _a written test_ used to determine eligibility for a federally funded benefit or program, and the test resulted in a much higher percentage of minorities than non-minorities being determined ineligible for the benefit or access to the program, that might present a case of systemic discrimination. ..."

The written test used is TEAS and of course as I explained before it is evident that white American students score the highest in the standardized exams. TEAS is not an exception. In addition to using this discriminatory measuring tool, she has used double standard as mentioned in all my correspondence and briefly repeated in number (7) above as "other decisions on comparable matters" for assigning points to TEAS and GPA.

Footnote on page 70/138: "20 Note that "the absence of statistical evidence [will not] invariably prove fatal in every pattern or practice case."

Respectfully,

Roobina Zadoorian

10

**CUI//INV/LEI/PRVCY**



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**
Renaissance Tower
1201 Elm Street, Suite 1000
Dallas, TX 75270

REGION VI
LOUISIANA
MISSISSIPPI
TEXAS

September 30, 2021

Ms. Roobina Zadoorian
4120 Tree Summit Pkwy
Duluth, Georgia 30096
**via e-mail only at: roobina.zn@gmail.com**

RE:    OCR Case No. 04172319
       Gwinnett Technical College

Dear Ms. Zadoorian:

This letter is in response to your November 11, 2019, appeal regarding closure of the above-referenced complaint you filed against Gwinnett Technical College. Your appeal was forwarded to OCR's Dallas Enforcement Office for a response.

After careful consideration of your appeal, I find that the issues raised in your appeal do not warrant a change in OCR Atlanta's disposition of your case under the laws and regulations enforced by OCR. Accordingly, your appeal is denied.

This concludes OCR's consideration of your appeal and is the final agency determination. Final agency determinations are not formal statements of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and are made available to the public.

You have now exhausted all avenues of review within the U.S. Department of Education in regard to your July 26, 2017, complaint and OCR Atlanta's September 30, 2019, determination. You may have the right to file a private suit in federal court whether or not OCR finds a violation.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information which, if released could reasonably be expected to constitute an unwarranted invasion of personal privacy.

Sincerely,

*Angela Hights*

Angela Hights
Regional Director, OCR Dallas

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

Controlled By: U.S. Department of Education, Office for Civil Rights, Richard J. Cho

## The effect of Ms Strong's self-made scale was not the same for all applicants

Let's compare an imaginary student's total points only considering points from their GPA and TEAS. Let's say **student A** has GPA=3.6 and TEAS=88%

according to what was announced (exhibit 1) and (exhibit 19-table 3) the total points would be: 29.33(GPA)+19.92(TEAS)=49.25

according to the unofficial behind the scene table (exhibits 2&3) the total points is: 38(GPA)+19.92(TEAS)=57.92

There is a of 57.92-49.25= **8.67 point** difference between the announced criteria and what Ms Strong used.

Yet, according to the GPA = GPA*10 which was previous years' point assignment formula for GPA, the total points is: (GPA)36+(TEAS)19.92= 55.92

**The designed table of Ms Strong gave the applicant No. 16, extra 8.67 points, compared to the correct table for 40 point scale of GPA from 2.5 to 4.0.**

I have been told by OCR Atlanta that the last accepted applicant, the 16th applicant, had 1.17 points more than me with a GPA of 3.6. Therefore, my points not only would not be 1.17 points lower than her, but it would be 8.67-1.17=7.50 points higher than the last applicant.

1

OCR also wrote that the first ranked applicant had 8.64 points more than me, and that the first ranked applicant had a TEAS score of 97%, but they did not let me know her GPA. For applicant ranked number one, I can do the same analysis when I get to know her GPA.

Now let's calculate **my total points** according to these three procedures:

My  GPA=4.0 and my TEAS=86%

according to what was announced (exhibit 1) and (exhibit 19) the total points would be:      40(GPA)+18.26(TEAS)= 58.26

according to the printed behind the scene, unofficial tables (exhibit 2&3) the total point is:       40(GPA)+18.26(TEAS)=58.26

according to the GPA=GPA*10, the total points is:

40(GPA)+18.26(TEAS)=58.26

It is clear that the only students whose total points stays the same regardless of which table is used for calculation of GPA points is a student with GPA=4.0, in my case the sum is 58.26

I have been told by OCR Atlanta that 35 students whose GPA was not 4.0 had been awarded 40 points for their GPA. They never explained why it was justified

2

that the GPAs for those 35 students were elevated to 4.0. This is completely inconsistent with the fact that the selection was very competitive, and that the selection was done strictly according to the sum of the points for each applicant! The College violated the validity of that selection by awarding points to applicants for their GPA in excess of what they had earned. They should have given points to the students solely according to their announced criteria, 40 points for GPA the same way they did for TEAS.

## The example of bank account:

Let's imagine TEAS is checking account and GPA is saving account. You have $180 and you want to deposit it in a bank, but you do not know if you put your money in their checking or saving accounts. You deposit $80 in the checking account (TEAS) and the other $100 in your saving account (GPA).

Now let's say after one year you come back to withdraw your money, you get $180 total back from your checking and saving accounts. You feel good until you meet your friend Jim inside the same bank who is there like you to withdraw his money. He had $170 last year. He had deposited $100 in checking (TEAS) and $70(GPA) in saving account. According to the below table Jim got $194 back and ended up having $14 more money than you, although at the beginning you had $10

3

more money than Jim. You are surprised. You decide to go and talk to the bank manager.

The manager shows you the tables for checking and saving accounts; the checking account table shows each client withdraws exactly the same amount they had deposited last year. But, the table for **saving account which is below looks strange** (GPA) (similar to the nonofficial paper of Ms Strong- exhibit 2):

| Money deposited | Money received |
|-----------------|----------------|
| 87-100          | 100            |
| 70-86           | 94             |
| 55-69           | 88             |
| 37-54           | 82             |
| 20-36           | 76             |
| 0-19            | 68             |

You complain and say why those customers who had deposited $87 receive back $100 in their saving account; what's more your neighbor Jim had deposited $70 in his saving account, but today he withdrew $94. The manager says: we have used the same table for all of our customers, therefore you cannot protest; besides, you have got back your $100 that you deposited and it is exactly what we were

4

supposed to give you according to this table. We do not see anything wrong with our table. That is not your business that Jim got $94 back for his $70 deposited in his saving account.

This is what Ms Rebecca Alexander, the Vice President of academic Affairs told me. She wrote to me (exhibit 8): "… the same established scale was used in relation to all applicants to the program and remains as such." In page 2 of her letter again she wrote: "…I find that the calculations of your application scores are correct and have been scored using the same criteria as all other applicants." The College told me that my total point was lower than the other students' and I was not qualified. As you saw in the above example, it was not fair that you ended up with $180 and Jim ended up with $194, just because of a table that was designed without any logic and was baseless and was not even shown to you when you were opening your saving account. Would you accept that table just because it was designed by the bank and used for all clients the same way? If Jim does not have any complaint, does it mean that you also have to be satisfied? Definitely Jim benefited from that table. Is the manager fair? Is what the bank did to you even legal? For you as a client the fact that Jim got $94 instead of $70 may not be very important; as a matter of fact you may be happy for him; but, if you had known the criteria of the bank then you also might have deposited your money differently to

5

get you the most benefit. But, consider the fact that in my case the sum of our points was the factor based on which we were competing with each other, and as the College emphasized the competition was very tight. Why the College should design such a table that creates such a big injustice in assigning the points for the students?  Why the College ventures to such an unfair assignment of points for GPA while they have used the correct point assignment for TEAS? The matter is not that Ms Strong or the College did not know how to scale GPA correctly, because they already did it for TEAS; the matter is that they intentionally did scale GPA the way they did in (exhibit 2) to increase the GPA point of applicants like Jim in the above example. While my GPA point stayed the same, just like your $100 that stayed the same, the GPA of applicant No 16 increased substantially just like Jim's $70 increased to $94. The extra points the other applicants, namely applicant ranked 16 (Jim in the above example) got for their GPA caused their total point to be more than my total point, just Jim's money was at the end more than yours, and hence caused my rejection. Although I was more qualified, just like you that had $10 more than Jim in the beginning, but I ended up receiving less points, just like you that at the end had $14 less than Jim. The College knew this well, but they fought me back full force with their lawyers. The TCSG knew the fact all the time; they conspired with the College against me. OCR supported both the College and TCSG. They all deserve the most extreme punishment for their scheme.

6

 **Diagnostic Medical Sonography Program Effectiveness Data**

| Graduate Class | # Graduates Eligible to take exam | ARDMS AB-Students attempted | ARDMS AB-Students Passed | Exam Partici-pation Rate | GTC DMS Pass Rate 97.1 % | National Pass Rate (1st attempt) | ARDMS-OB Students attempted | ARDMS OB-Students Passed | Exam Partici-pation Rate | GTC DMS Pass Rate 97.1% | National Pass Rate (1st attempt) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 10 | 8 | 8 | 80% | 100% | 68% | 9 | 9 | 90% | 100% | 80% |
| 2014 | 9 | 9 | 8 | 100% | 89% | 70% | 5 | 4 | 56% | 80% | 80% |
| 2015 | 8 | 8 | 8 | 100% | 100% | 77% | 8 | 8 | 100% | 100% | 79% |
| 2016 | 11 | 11 | 10 | 100% | 91% | 81% | 11 | 10 | 100% | 90.9% | 79% |
| 2017 | 10 | 10 | 10 | 100% | 100% | 84% | 10 | 10 | 100% | 100% | 79% |
| 2018 | 13 | 13 | 13 | 100% | 100% | 83% | 13 | 13 | 100% | 100% | 81% |
| 2019 | 12 | 11 | 11 | 100% | 100% | 79% | 12 | 12 | 100% | 100% | 81% |
| 2020 | 12 | 12 | 12 | 100% | 100% | Not available | 12 | 12 | 100% | 100% | Not available |
| 2021 | 11 | 11 | 11 | 100% | 100% | Not available | 11 | 11 | 100% | 100% | Not available |

**Outcome 1: Credentialing Examinations (All students had to pass SPI Registry Examination prior to attempting these Specialty Examinations.  All Cohorts 100% pass rate.)**
**JRC-DMS Threshold of > 60% credentialing examination pass rate**

| Graduation Year | Initial Enrollment | Return Enrollment | Total Enrollment # | Currently Enrolled | Academic Attrition | Non-Academic Attrition (Vol. withdrawal) | Graduates | Retention Rate | To Date Retention |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | 12 | 0 | 12 | 0 | 0 | 2 | 10 | 83.3% | |
| 2014 | 12 | 0 | 12 | 0 | 1 | 2 | 9 | 75% | |
| 2015 | 10 | 0 | 10 | 0 | 0 | 2 | 8 | 80% | |
| 2016 | 12 | 1 | 13 | 11 | 0 | 2 | 11 | 84.6% | |
| 2017 | 14 | 0 | 14 | 10 | 2 | 2 | 10 | 71.4% | |
| 2018 | 15 | 1 | 16 | 13 | 2 | 1 | 13 | 81.3% | |
| 2019 | 16 | 0 | 16 | 12 | 2 | 2 | 12 | 75% | |
| 2020 | 15 | 1 | 16 | 11 | 1 | 4 | 11 | 68.8% | |
| 2021 | 14 | 2 | 16 | 12 | 0 | 4 | 11 | 68.8% | |
| 2022 | 15 | 1 | 16 | 11 | 3 | 2 | | | 68.8% |

**Outcome 2: DMS Program Retention**
**JRC-DMS Threshold of < 20 % Attrition rate; beginning 2020 , 30% Attrition rate**

*Tue ~~03/14/17~~ 11:00*
*Fri ~~02/17/17~~ 11:00 canceled*
*Tue ~~02/21/17~~ 10:00 Canceled*
*~~Tue 02_28_17~~ (Th)*
*Tue 03/07/17 10:00 canceled*
*Fri ~~03/10/17~~ 11:00*

*Mon-Fri, 9-10-11 am*
*Wed 12-13-14 pm*

**Gwinnett Technical College**
**DIAGNOSTIC MEDICAL SONOGRAPHY PROGRAM**
Application Deadline May 20

*~~03/01/17~~ (7h)*
*Fri 03/24/17 11:00*
*Tue 03/28/17 10:00*

**Applicant Assessment Check List**

*A4*

*→why?*

*One of B or T accredited programs in GPA very important*

| Required Pre-requisites for application | | Points Assessed |
|---|---|---|
| ENGL 1101 | | Classes may be retaken in efforts to increase one's GPA, however, the course grades will be averaged together to calculate the applicant's pre-requisite GPA. |
| MATH 1111 or 1113 | | |
| PHYS 1110 | | |
| PHYS 1110 lab | | |
| BIOL 2113 | Completed within 5 years of the application deadline. | |
| BIOL 2113 lab | | |
| BIOL 2114 | | |
| BIOL 2114 lab | | |
| **Points Possible Based on GPA calculation** | | **40 (Prereqs only GPA x 10)** |
| BIOL 2113/2114 and labs completed at GTC | | 1 (2 points pp) |
| **Points per completed course elective below:** | | |
| ALHS 1090 *a introduction to health care* | | **1** |
| ALHS 1040, ALHS 1140, SPCH 1101 | | **0.5 per course** |
| Any other ALHS Course *→ health care communication* | | **0.25 per course** |
| **Points Possible** | | **Varies (up to 2)** |
| Volunteer as a patient in the DMS lab, 1 point per hour, up to 6 hours* | | Up to 6 |
| Previous Healthcare Science related degree, healthcare related work experience** (patient care related and documented) | | 1 |
| **TOTAL POINTS POSSIBLE** | | |

*At this point, a MANDATORY meeting will be held in June for highest ranking applicants. Applicants will be notified if their attendance is required.*

| Additional required courses for program completion. Please discuss with advisor. They do not have to be completed prior in the application deadline but it is highly recommended that they are completed prior to the start of the program. | PSYC 1101 MATH 1127 ARTS 1101 or ENGL 2130 or HUMN 1101 or MUSC 1101 |
|---|---|

**Final Applicant Selection is based on Interview Scores**

All pre-requisite and requisite courses must be complete with a grade of "C" or better. GPA must be at least 2.5 to apply.
*Contact Tavia at (678) 226-6404 or tthurmond@gwinnetttech.edu  to schedule volunteer time in the DMS lab. Do not wait until the last minute as availability is limited. Volunteer time must be completed by the application deadline.

X

*B 200     213 Room #*

*1*

*5*

**Gwinnett Technical College**
## DIAGNOSTIC MEDICAL SONOGRAPHY PROGRAM
### Application Deadline May 20

A4

### *Applicant Assessment Check List*

| Required Prerequisites for Application  *Must be completed by the application deadline* | Points Assessed |
|---|---|
| ENGL 1101 | |
| MATH 1111 or 1113 | |
| PHYS 1110 | Classes may be retaken in efforts to increase one's GPA, however, the course grades will be averaged together to calculate the applicant's pre-requisite GPA. |
| PHYS 1110 lab | |
| BIOL 2113 | |
| BIOL 2113 lab     *Completed within 5 years of the application deadline.* | |
| BIOL 2114 | |
| BIOL 2114 lab | |
| Points Possible Based on GPA calculation | 40 (for reqs only GPA x .08) |
| BIOL 2113/2114 and labs completed at GTC | 1 (0.5 points per) |
| Points per completed course elective below | |
| ALHS 1090 (taken as elective in certificate program) | 1 |
| Other ALHS courses or SPCH 1101 (taken as elective in certificate program) | 0.5 per course |
| Points Possible | Varies (up to 2) |
| Volunteer as a patient in the DMS lab: 1 point per hour, up to 6 hours** | Up to 6 |
| Previous Healthcare Science related degree, healthcare related work experience** (patient care related and documented) Resume Required with packet. | 1 |
| TOTAL POINTS ASSESSED | 50 |

*At this point, a MANDATORY meeting will be held in June for highest ranking applicants.  Applicants will be notified if their attendance is required.*

| Additional required courses for program completion. Please discuss with advisor.  They do not have to be completed prior to the application deadline but it is highly recommended that they are completed prior to the start of the program. | PYSC 1101 MATH 1127 ARTS 1101 or ENGL 2130 or HUMN 1101 or MUSC 1101 | |
| TOP APPLICANTS PROCEED TO INTERVIEW  Possible interview points | | 48 |
| GRAND TOTAL POSSIBLE | | 98 |

All pre-requisite and requisite courses must be complete with a grade of "C" or better. GPA must be at least 2.5 to apply.

*Contact Tavia at (678) 226-6404 or tthurmond@gwinnetttech.edu  to schedule volunteer time in the DMS lab.  Do not wait until the last minute as availability is limited.  Volunteer time must be completed by the application deadline.

** Documentation required in form of transcripts  or letter on employer letterhead.

GTC DMS Program KStrong 11/2015











